UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WILSON, individually, and on behalf of other members of the general public similarly situated<br><br>Plaintiff,<br>vs.<br><br>RECREATIONAL EQUIPMENT, INC., a Washington corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02184-KJM-KJN<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT STIPULATION TO FILE AMENDED COMPLAINT |

**ORDER ON STIPULATION**

Before the Court is the Parties' Joint Stipulation to File Amended Complaint. In the Joint Stipulation, the Parties seek an order from the Court permitting Plaintiff to file a First Amended Complaint. For the reasons outlined in the Joint Stipulation and for good cause appearing therein, the Court finds that the Parties' requests are GRANTED as follows:

1. Leave to file the First Amended Complaint is GRANTED;

2. Upon entry of this Order, Plaintiff may file his First Amended Complaint attached to his **Stipulation**, ECF 11, as **Exhibit A**, within 14 days; and

3. Upon filing of the First Amended Complaint, Defendant shall have 30 days in which to file a responsive pleading.

**IT IS SO ORDERED.**

DATED: January 23, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE