Roxanna Tabatabaeepour (SBN 260187)
Roxanna.Taba@capstonelawyers.com
Ryan Tish (SBN 274284)
Ryan.Tish@capstonelawyers.com
Alexander Wallin (SBN 320420)
Alexander.Wallin@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff Alexander Wilson

Neal A. Fisher Jr. (SBN 265596)
NFisher@perkinscoie.com
Brittany A. Sachs (SBN 287651)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:    (310) 788-9900
Facsimile:    (310) 788-3399

Attorneys for Defendant Recreational Equipment, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WILSON, individually, and on behalf of other members of the general public similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>RECREATIONAL EQUIPMENT, INC., a Washington corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-02184-DJC-KJN<br><br>[Hon. Daniel J. Calabretta]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND** |

    Pursuant to on the Parties' Joint Stipulation to Remand the above-captioned action to state court, and good cause appearing, the Court hereby remands this action to the Sacramento County Superior Court as *Alexander Wilson v. Recreational Equipment, Inc.*, Case No. 2:22-cv-02184-DJC-KJN, in light of the Parties' agreement to settle this action.

    In the event the settlement does not become final for any reason, this Stipulation and Order will be void *ab initio* and Defendant will have the right to further contest whether remand of this action is appropriate.

**IT IS SO ORDERED.**

Dated: March 29, 2024       /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE